AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Western District of Texas

| | |
|---|---|
| BENCHMARK TOWING SYSTEMS, LLC, and HEAVY DUTY TOWING SAN ANTONIO, LLC d/b/a SAN ANTONIO HEAVY DUTY <br><br> *Plaintiff(s)* <br><br> v. <br><br> CHACON BUSINESS GROUP, INC, CHACON BUSINESS GROUP, LLC CHACON HEAVY TOWING LLC, LUIS ESTEVIS CHACON III, and LANCE E. CHACON IV <br><br> *Defendant(s)* | Civil Action No. 5:23-cv-614 |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*  Chacon Business Group, Inc. by and through its Registered Agent, Luis Chacon, 12880 Tomlynn, Atascosa, TX 78002.

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:
Hanor Law Firm, PC
Charles W. Hanor
750 Rittiman Rd.
San Antonio, TX 78209
trademarks@hanor.com

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*CLERK OF COURT*  Philip J. Devlin

Date: 05/15/2023                                      *natCmt*
                                                      *Signature of Clerk or Deputy Clerk*



AO 440 (Rev. 06/12)  Summons in a Civil Action (Page 2)

Civil Action No. 5:23-cv-614

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* Chacon Business Group, Inc.
was received by me on *(date)* _____ .

☐ I personally served the summons on the individual at *(place)* _____
_____ on *(date)* _____ ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____
_____ , a person of suitable age and discretion who resides there,
on *(date)* _____ , and mailed a copy to the individual's last known address; or

☐ I served the summons on *(name of individual)* _____ , who is
designated by law to accept service of process on behalf of *(name of organization)* _____
_____ on *(date)* _____ ; or

☐ I returned the summons unexecuted because _____ ; or

☐ Other *(specify):*


My fees are $ _____ for travel and $ _____ for services, for a total of $ 0.00 .

I declare under penalty of perjury that this information is true.

Date: _____

_____
*Server's signature*

_____
*Printed name and title*

_____
*Server's address*

Additional information regarding attempted service, etc:

Print    Save As...    Reset

AO 440 (Rev. 06/12)  Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Western District of Texas

| | |
|---|---|
| BENCHMARK TOWING SYSTEMS, LLC, and HEAVY DUTY TOWING SAN ANTONIO, LLC d/b/a SAN ANTONIO HEAVY DUTY <br><br> *Plaintiff(s)* <br> v. <br> CHACON BUSINESS GROUP, INC, CHACON BUSINESS GROUP, LLC CHACON HEAVY TOWING LLC, LUIS ESTEVIS CHACON III, and LANCE E. CHACON IV <br> *Defendant(s)* | Civil Action No. 5:23-cv-614 |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*  Chacon Business Group, LLC by and through its Registered Agent, Anna M. Torres & Associates PC, 14603 Huebner Rd., Bldg. 23, San Antonio, TX 78230

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:   Hanor Law Firm, PC
Charles W. Hanor
750 Rittiman Rd.
San Antonio, TX 78209
trademarks@hanor.com

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*CLERK OF COURT*  Philip J. Devlin

Date:  05/15/2023

*Signature of Clerk or Deputy Clerk*



AO 440 (Rev. 06/12)  Summons in a Civil Action (Page 2)

Civil Action No. 5:23-cv-614

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* Chacon Business Group, LLC
was received by me on *(date)* _____ .

☐ I personally served the summons on the individual at *(place)* _____
_____ on *(date)* _____ ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____
_____ , a person of suitable age and discretion who resides there,
on *(date)* _____ , and mailed a copy to the individual's last known address; or

☐ I served the summons on *(name of individual)* _____ , who is
designated by law to accept service of process on behalf of *(name of organization)* _____
_____ on *(date)* _____ ; or

☐ I returned the summons unexecuted because _____ ; or

☐ Other *(specify):*


My fees are $ _____ for travel and $ _____ for services, for a total of $ 0.00 .

I declare under penalty of perjury that this information is true.

Date: _____

_____
*Server's signature*

_____
*Printed name and title*

_____
*Server's address*

Additional information regarding attempted service, etc:

Print    Save As...    Reset

AO 440 (Rev. 06/12)  Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the

Western District of Texas

| | |
|---|---|
| BENCHMARK TOWING SYSTEMS, LLC, and HEAVY DUTY TOWING SAN ANTONIO, LLC d/b/a SAN ANTONIO HEAVY DUTY <br><br> *Plaintiff(s)* <br><br> v. <br><br> CHACON BUSINESS GROUP, INC, CHACON BUSINESS GROUP, LLC CHACON HEAVY TOWING LLC, LUIS ESTEVIS CHACON III, and LANCE E. CHACON IV <br><br> *Defendant(s)* | ) ) ) ) ) ) ) ) ) ) ) ) ) <br><br> Civil Action No. 5:23-cv-614 |

**SUMMONS IN A CIVIL ACTION**

To: *(Defendant's name and address)*  Chacon Heavy Towing, LLC by and through its Managing Member, Luis Chacon, 12880 Tomlynn, Atascosa, TX 78002

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:   Hanor Law Firm, PC
Charles W. Hanor
750 Rittiman Rd.
San Antonio, TX 78209
trademarks@hanor.com

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*CLERK OF COURT*    Philip J. Devlin

Date:  05/15/2023

*Signature of Clerk or Deputy Clerk*



AO 440 (Rev. 06/12)  Summons in a Civil Action (Page 2)

Civil Action No. 5:23-cv-614

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* Chacon Heavy Towing, LLC
was received by me on *(date)* _____ .

❐ I personally served the summons on the individual at *(place)* _____
_____ on *(date)* _____ ; or

❐ I left the summons at the individual's residence or usual place of abode with *(name)* _____
_____ , a person of suitable age and discretion who resides there,
on *(date)* _____ , and mailed a copy to the individual's last known address; or

❐ I served the summons on *(name of individual)* _____ , who is
designated by law to accept service of process on behalf of *(name of organization)*
_____ on *(date)* _____ ; or

❐ I returned the summons unexecuted because _____ ; or

❐ Other *(specify)*:

My fees are $ _____ for travel and $ _____ for services, for a total of $ 0.00 .

I declare under penalty of perjury that this information is true.

Date: _____

*Server's signature*

*Printed name and title*

*Server's address*

Additional information regarding attempted service, etc:

Print    Save As...    Reset

Case 5:23-cv-00614-JKP   Document 3   Filed 05/15/23   Page 7 of 10

AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Western District of Texas

| | |
|---|---|
| BENCHMARK TOWING SYSTEMS, LLC, and HEAVY DUTY TOWING SAN ANTONIO, LLC d/b/a SAN ANTONIO HEAVY DUTY <br> *Plaintiff(s)* <br> v. <br> CHACON BUSINESS GROUP, INC, CHACON BUSINESS GROUP, LLC CHACON HEAVY TOWING LLC, LUIS ESTEVIS CHACON III, and LANCE E. CHACON IV <br> *Defendant(s)* | Civil Action No. 5:23-cv-614 |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*  Lance E. Chacon IV, 12880 Tomlynn, Atascosa, TX 78002.

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:   Hanor Law Firm, PC
Charles W. Hanor
750 Rittiman Rd.
San Antonio, TX 78209
trademarks@hanor.com

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*CLERK OF COURT*   Philip J. Devlin

Date:   05/15/2023

*Signature of Clerk or Deputy Clerk*



AO 440 (Rev. 06/12)  Summons in a Civil Action (Page 2)

Civil Action No. 5:23-cv-614

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* Lance E. Chacon IV
was received by me on *(date)* _____ .

❐ I personally served the summons on the individual at *(place)* _____
_____ on *(date)* _____ ; or

❐ I left the summons at the individual's residence or usual place of abode with *(name)* _____
_____ , a person of suitable age and discretion who resides there,
on *(date)* _____ , and mailed a copy to the individual's last known address; or

❐ I served the summons on *(name of individual)* _____ , who is
designated by law to accept service of process on behalf of *(name of organization)* _____
_____ on *(date)* _____ ; or

❐ I returned the summons unexecuted because _____ ; or

❐ Other *(specify):*

My fees are $ _____ for travel and $ _____ for services, for a total of $ 0.00 .

I declare under penalty of perjury that this information is true.

Date: _____

_____
*Server's signature*

_____
*Printed name and title*

_____
*Server's address*

Additional information regarding attempted service, etc:

Print     Save As...     Reset

AO 440 (Rev. 06/12)  Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Western District of Texas

| | | |
|---|---|---|
| BENCHMARK TOWING SYSTEMS, LLC, and HEAVY DUTY TOWING SAN ANTONIO, LLC d/b/a SAN ANTONIO HEAVY DUTY <br><br> *Plaintiff(s)* <br><br> v. <br><br> CHACON BUSINESS GROUP, INC, CHACON BUSINESS GROUP, LLC CHACON HEAVY TOWING LLC, LUIS ESTEVIS CHACON III, and LANCE E. CHACON IV <br><br> *Defendant(s)* | ) ) ) ) ) ) ) ) ) ) ) ) ) | Civil Action No. 5:23-cv-614 |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)* Luis Estevis Chacon III, 12880 Tomlynn, Atascosa, TX 78002.

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:
Hanor Law Firm, PC
Charles W. Hanor
750 Rittiman Rd.
San Antonio, TX 78209
trademarks@hanor.com

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*CLERK OF COURT*  Philip J. Devlin

Date: 05/15/2023

*Signature of Clerk or Deputy Clerk*



AO 440 (Rev. 06/12)  Summons in a Civil Action (Page 2)

Civil Action No. 5:23-cv-614

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* Luis Estevis Chacon III
was received by me on *(date)* _____ .

❐ I personally served the summons on the individual at *(place)* _____
_____ on *(date)* _____ ; or

❐ I left the summons at the individual's residence or usual place of abode with *(name)* _____
_____ , a person of suitable age and discretion who resides there,
on *(date)* _____ , and mailed a copy to the individual's last known address; or

❐ I served the summons on *(name of individual)* _____ , who is
designated by law to accept service of process on behalf of *(name of organization)* _____
_____ on *(date)* _____ ; or

❐ I returned the summons unexecuted because _____ ; or

❐ Other *(specify):*

My fees are $ _____ for travel and $ _____ for services, for a total of $ 0.00 .

I declare under penalty of perjury that this information is true.

Date: _____

*Server's signature*

*Printed name and title*

*Server's address*

Additional information regarding attempted service, etc:

Print    Save As...    Reset